UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

JERMAINE DELESTON,  CASE NO.: 1:19-cv-3678-DLI-JO

      Plaintiff,  **CLERK'S CERTIFICATE OF DEFAULT**

      v.

ZABKA DELI, INC. d/b/a Zabka Deli, JOSEPH TOMLINSON, and ANDREW GOUZOULIS,

      Defendants.
-----------------------------------------------------X

      I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on June 24, 2019, with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant ZABKA DELI, INC. d/b/a Zabka Deli, by personally serving the New York Secretary of State located at 99 Washington Avenue, 6th Floor, Albany, New York, on July 5, 2019, with proof of service filed on July 9, 2019 (D.E. 6), and Defendant ANDREW GOUZOULIS, by personally serving Beata S., Cashier at 66-51 Fresh Pond Road, Ridgewood, New York 11385 and mailing a copy of the summons and complaint, on July 12, 2019, and with proof of service filed on July 16, 2019 (D.E. 7).

      I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein.  The default of each defendant is hereby noted.

**Dated:**  Brooklyn, New York        **DOUGLAS C. PALMER**
      September 27 , 2019        Clerk of Court

      **By:**  */s/Jalitza Poveda*
            Deputy Clerk