**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
JERMAINE DELESTON

                Plaintiff,

   v.

ZABKA DELI, INC. d/b/a Zabka Deli, JOSEPH TOMLINSON, and ANDREW GOUZOULIS,

                Defendants.
-----------------------------------------------------X

**CASE NO.:** 1:19-cv-03678-DLI-JO

**NOTICE OF VOLUNTARY DISMISSAL**

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, JERMAINE DELESTON, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal as to defendants ZABKA DELI, INC. d/b/a Zabka Deli, JOSEPH TOMLINSON, and ANDREW GOUZOULIS.

DATED: Garden City, New York
           December 4, 2019

                                  Respectfully submitted,

                                  **Bashian & Papantoniou, P.C.**
                                  *Attorneys for Plaintiff*
                                  500 Old Country Road, Ste. 302
                                  Garden City, NY 11530
                                  Tel:   (516) 279-1554
                                  Fax:  (516) 213-0339

                                  *By: /s/ Erik M. Bashian*
                                  **ERIK M. BASHIAN, ESQ.**
                                  eb@bashpaplaw.com